UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO 08-13980
CHAPTER 13
MICHAEL R. MCQUATE
LISA M. MCQUATE : JUDGE JEFFERY P. HOPKINS
    DEBTORS

: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.    Amount
 917296     $96.94

Creditor(s)
Citizens Auto Finance
480 Jefferson Blvd
RJE135
Warwick, RI 02886

               Respectfully submitted,

            /s/ Margaret A. Burks, Esq.
              Margaret A. Burks, Esq.
              Chapter 13 Trustee
              Attorney No. OH 0030377

              Francis J. DiCesare, Esq.
              Staff Attorney
              Attorney No. OH 0038798

              Karolina F. Perr, Esq.
              Staff Attorney
              Attorney No. OH 0066193

              600 Vine Street, Suite 2200
              Cincinnati, OH 45202
              (513) 621-4488
              (513) 621 2643 (Facsimile)
              mburks@cinn13.org - Correspondence only
              fdicesare@cinn13.org
              kperr@cinn13.org

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                              /s/    Margaret A. Burks, Esq.
                                       Margaret A. Burks, Esq.

Citizens Auto Finance
480 Jefferson Blvd
RJE135
Warwick, RI 02886

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
800 GALLIA STREET
SUITE 28
PORTSMOUTH, OH  45662

Debtor(s)
MICHAEL R. MCQUATE
LISA M. MCQUATE
14427 A ST RT 139
MINFORD, OH  45653

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)